JS-6

**PERKINS COIE LLP**
Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Jasmine W. Wetherell, Bar No. 288835
JWetherell@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Lauren Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
AMAZON.COM SERVICES, LLC
(erroneously named as Amazon.com, LLC)

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANJING ZHANG,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMAZON.COM, LLC,<br><br>                    Defendant. | Case No. CV 22-8811-GW-SKx<br><br>**ORDER GRANTING MOTION TO DISMISS BY AMAZON.COM SERVICES, LLC.**<br><br>Hearing Date: March 23, 2023<br>Time: 8:30 a.m.<br>Judge: George H. Wu |

160870805.1

1

2
**ORDER**

3
     Before the Court is Defendant Amazon.com Services, LLC's ("Amazon"),

4
erroneously named as Amazon.com, LLC, motion to dismiss Plaintiff Tianjing

5
Zhang's Second Amended Complaint. Having considered the briefing and arguments

6
of counsel, and good cause appearing therefor, the Court GRANTS the motion to

7
dismiss. Plaintiff's claims against Amazon are hereby DISMISSED WITH
PREJUDICE.

8

9
IT IS SO ORDERED.

10

11
Dated:  April 18, 2023              By: _____

12
                       The Honorable George H. Wu

13
                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

160870805.1